FILED

2014 MAR 20 AM 11: 10

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                          ) | CASE NO. _____ |
| ) | 29 U.S.C. § 439(b) |
| RENA OPRE, ) | |
| ) | 3:14 MJ 8002 |
| Defendant. ) | |
| ) | MAG. JUDGE ARMSTRONG |

COUNT 1

The United States Attorney charges that:

1. At all times material to this Information, Workers United SEIU, Local Union 323 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C § 401, *et seq.*

2. On or about March 11, 2010, within the Northern District of Ohio, Western Division, the Defendant, RENA OPRE, knowingly failed to disclose a material fact in a report required to be filed by Workers United SEIU, Local Union 323 with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form

ORIGINAL

LM-4 for the union's fiscal year ending December 31, 2009; all in violation of 29 U.S.C. § 439(b).

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY

By: *[signature]*
AVA DUSTIN
Attorney in Charge, Criminal Division
Toledo Branch Office